IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
December 12, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

| | |
|---|---|
| TRICOT INDUSTRIES PVT. LTD, § § § *Plaintiff / Judgment Creditor,* § § v. § Civil Action No. 1:24-MC-00134 § DIGITAL BRANDS GROUP, INC., § dba DSTLD aka Denim LA, Inc., § § *Defendant /Judgment Debtor.* § | |

## ORDER CLOSING RECEIVERSHIP

On this day came to be considered the *Receiver's Motion to Close Receivership*. After careful consideration, the Court grants the motion. The receivership is hereby closed and the Court shall return the $100.00 Receiver bond, less any clerk's fees, to *James W. Volberding, 110 N. College Avenue, Suite 1850, Tyler, Texas 75702.*

SIGNED __12/12/2024__.

**ROBERT PITMAN**
United States District Court